IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATHAN HOLZBERG<br>501 East 41st Street<br>Baltimore, MD 21218,<br><br>        Plaintiff,<br><br>v.<br><br>MONIQUE HAWKINS<br>3619 Wabash Avenue<br>Baltimore, MD 21215,<br><br>        Defendant. | Case No. _____ |

## NOTICE OF REMOVAL

The United States of America, by and through undersigned counsel, Kelly O. Hayes, United States Attorney for the District of Maryland, and Beatrice C. Thomas, Assistant United States Attorney for said District, respectfully represents that:

1.      On March 16, 2025, Plaintiff, proceeding *pro se,* commenced a civil action in the Circuit Court for Baltimore City, Maryland, Case No. C-24-CV-25-002136, alleging that the Defendant, who is an employee of the United States Postal Service ("USPS"), had written two false statements following a disagreement with the Plaintiff. The plaintiff has thus sued the defendant for libel and seeks money damages.  A copy of all pleadings and orders received by the USPS are attached hereto.

2.      The United States Attorney's Office received a copy of the Complaint from the USPS on April 3, 2025.

3.      Federal law provides that "[e]xcept as otherwise provided by Act of Congress, any civil action brought in a state court of which the district courts of the United States have original

jurisdiction, may be removed by the defendant" to the district court of the United States for the district in which the action is pending. 28 U.S.C. § 1441(a). Because this is a civil action against the federal agency U.S. Postal Service, district courts of the United States have original jurisdiction over it. *See* 28 U.S.C. § 1442(a) (authorizing the United States to remove civil actions filed in state court against the United States or its agencies).

4. By virtue of the authority vested in him by the Attorney General under 28 C.F.R. § 15.4, the United States Attorney for the District of Maryland has executed a certification that USPS employee Monique Hawkins, was acting within the scope of her employment at the time of the alleged conduct set forth in the Complaint, pursuant to 28 U.S.C. § 2679. A copy of the Certification is attached.

5. Under 28 U.S.C. § 1446(b), the Defendant has thirty days from "receipt of a pleading, through service or otherwise" to file a Notice of Removal. The trigger for the thirty-day period begins upon formal receipt of the complaint by service of process. *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 352-53 (1999); *Trademark Remodeling, Inc. v. Rhines*, 853 F. Supp. 2d 532, 539 (D. Md. 2012). Neither the Attorney General nor the United States Attorney for the District of Maryland has been served process in this case, so the thirty-day period has not yet begun to run. Additionally, a trial date has not been set in this matter.

WHEREFORE, this action now pending in the Circuit Court for Baltimore City, Maryland, Case No. C-24-CV-25-002136, is properly removed to this Court pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), 1446, and 2679 *et seq*.

        Respectfully submitted,

        Kelly O. Hayes
        United States Attorney

By:      /s/
        Beatrice Thomas (Bar No. 21969)
        Assistant United States Attorney
        36 South Charles Street, 4th Floor
        Baltimore, Maryland 21201
        (410) 209-4848 (direct)
        (410) 962-2310 (fax)
        Beatrice.Thomas@usdoj.gov

*Counsel for Defendant USA*

## CERTIFICATE OF REDACTION

I HEREBY CERTIFY that the foregoing *Notice of Filing Notice of Removal* does not contain any restricted information.

        /s/
        Beatrice C. Thomas
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of April 2025, a copy of the foregoing *Notice of Removal* was served via email and U.S. mail, first class, postage prepaid, on:

Nathan Holzberg
501 East 41st Street
Baltimore, MD 21218
*Pro se Plaintiff*

        /s/
        Beatrice C. Thomas
        Assistant United States Attorney